UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: 11-2466     Case Manager: Bryant L. Crutcher

Case Name: Metropolitan Hospital    vs. HHS, et al.

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

U.S. Department of Health and Human Services; Kathleen Sebelius, Secretary of Health and Human Services

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice
■ Appellee   ☐ Respondent  ☐ Intervenor     Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ■

Name: Stephanie R. Marcus     Admitted: N/A (represent federal gov't)
(Sixth Circuit admission date only)

Signature: s/Stephanie R. Marcus

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Ave., N.W.

Suite: Room 7642     City/State/Zip: Washington, D.C. 20530

Telephone Number: (Area Code) (202) 514-1633     Fax: (202) 307-2551

---

CERTIFICATE OF SERVICE

I certify that on December 2, 2011 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Stephanie R. Marcus

---

6ca-68
3/09