UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Sixth Circuit Case No.:** 11-2466

**Case Name:** Metropolitan Hospital vs. HHS, et al.

**Client's or Clients' Name(s):** (List all clients on this form, do not file a separate appearance form for each client.)

Metropolitan Hospital

- ■ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ■

**Name:** Caroline M. Brown

**Admitted:** Pending (Sixth Circuit admission date only)

**Signature:** /s/ Caroline M. Brown

**Firm Name:** Covington & Burling LLP

**Business Address:** 1201 Pennsylvania Avenue NW

**Suite:** 815A   **City/State/Zip:** Washington, DC 20004-2401

**Telephone Number:** (Area Code) 202-662-5219   **Fax:** 202-778-5219

---

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2011 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Caroline M. Brown

---

6ca-68
3/09