UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: __11-2466__   Case Manager: __Bryant Crutcher__

Case Name: __Metropolitan Hospital__ vs. __HHS, et al.__

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

__Metropolitan Hospital__

■ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Criminal Justice
☐ Appellee    ☐ Respondent  ☐ Intervenor          Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Leah E. Pogoriler__   Admitted: __12/19/2011__
(Sixth Circuit admission date only)

Signature: __/s/ Leah Pogoriler__

Firm Name: __Covington & Burling LLP__

Business Address: __1201 Pennsylvania Ave. NW__

Suite: __1055C__   City/State/Zip: __Washington, DC 20004__

Telephone Number: (Area Code) __(202) 662-5359__   Fax: __(202) 778-5359__

---

**CERTIFICATE OF SERVICE**

I certify that on __December 22, 2011__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/__Leah E. Pogoriler__